BOLTON v. CUMMINGS.

1. APPEAL AND ERROR—STATUTORY RIGHT OF APPEAL—LIMITATION —JURISDICTION.
   The right of appeal is statutory, and unless taken within the time fixed by the statute the appellate court does not acquire jurisdiction.

2. SAME—JURISDICTION—WAIVER—CONSENT.
   Jurisdiction is not acquired by waiver or consent.

3. SAME—DISMISSAL.
   Where a writ of error was not taken out until after the expiration of a year from the rendition of judgment, and no motion for extension of time was made, and no extension was granted by the Supreme Court or by any of the Justices thereof, the Supreme Court should, of its own motion dismiss the case for want of jurisdiction. 3 Comp. Laws 1915, § 13741.

Error to Kent; Lamb, J., presiding. Submitted January 30, 1918. (Docket No. 106.) Decided March 27, 1918.

Case in justice's court by George W. Bolton against Harwood Cummings for trespass. From a judgment for plaintiff, defendant appealed to the circuit court.

Judgment for defendant.  Plaintiff brings error.  Dismissed.

*Thompson & Temple,* for appellant.

*Hatch, McAllister & Raymond,* for appellee.

PER CURIAM.  A judgment for the defendant was entered in this case June 21, 1916, in the Kent circuit court.  August 9, 1917, the writ of error was issued. No motion for an extension of time to take out such writ was made, and no extension of time was granted by this court, or by any of the Justices thereof.  The year in which a writ of error might issue without such extension had expired.  No motion to dismiss the writ has been filed, and appellee files a brief on the merits. The right of appeal is statutory; unless taken within the time fixed by the statute the appellate court does not acquire jurisdiction; jurisdiction is not acquired by waiver or consent.  Section 13741, 3 Comp. Laws 1915; *Riley* v. *Railway,* 163 Mich. 327.  This court should, of its own motion, dismiss a case which the record discloses it has not the jurisdiction to hear and determine.  *J. F. Hartz Co.* v. *Lukaszcewski, ante,* 230.

The writ of error will be dismissed.